**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| GENEVA LANGWORTHY,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD ALCON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:24-cv-1291-MLG-KRS |

**ORDER**

This matter is before the Court on Defendant Edward Alcon's Motion For Summary Judgment On The Basis Of Qualified Immunity And Other Grounds ("Motion") (**Doc. 46**). The Motion was referred to the undesigned for proposed findings and recommended disposition. *See* (Doc. 22). In light of the Order To Show Cause entered contemporaneously hereto (Doc. 64), the Court finds that Defendant's Motion is premature. The Court need not address the issues raised in Defendant's Motion until Plaintiff shows cause why her clams against Defendant in the current Complaint (Doc. 1-2) should not be dismissed for failure to satisfy the requirements of Federal Rule of Civil Procedure 8(a)(2). Plaintiff has been ordered to show cause by filing an amended complaint setting forth her Fourth Amendment unreasonable search and/or seizure claims, and her Fourteenth Amendment equal protection claim against Defendant Alcon with greater factual detail.

**ACCORDINGLY,** Defendant Edward Alcon's Motion For Summary Judgment On The Basis Of Qualified Immunity And Other Grounds, **Doc. 46**, is hereby **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED this 18th day of September, 2026.

Kevin Sweazea

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE