**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| GENEVA LANGWORTHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-1291-MLG-KRS |
| | ) | |
| EDWARD ALCON, | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court sua sponte upon its review of the docket. On September 18, 2026, the Court ordered Plaintiff to show cause why this matter should not be dismissed for failure to provide sufficient notice of her Fourth Amendment and Equal Protection claims through the pleading of supporting facts. *See* (Doc. 64). Plaintiff was ordered to show cause by filing an amended complaint within twenty-one days from the date the Order was entered. (*Id.* at 17). Well over twenty-one days have passed since the Order to Show Cause was entered on September 18, 2026, and Plaintiff has not filed an amended complaint or otherwise responded to the Court's Order To Show Cause.

**ACCORDINGLY**, it is **RECOMMENDED** that the case be dismissed without prejudice for failure to prosecute and for failure to comply with Court orders. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); *Gustafson v. Luke*, 696 Fed. Appx. 352, 354 (10th Cir. 2017) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a

plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.") (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).

This 13th day of November, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**THE PARTIES ARE NOTIFIED THAT WITHIN FOURTEEN (14) DAYS OF SERVICE of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the United States District Court for the District of New Mexico pursuant to 28 U.S.C. § 636(b)(1). A party must file any objections with the Clerk of the District Court within the fourteen (14) day period if that party wants to have appellate review of the Proposed Findings and Recommended Disposition. If no objections are filed, no appellate review will be allowed. Pursuant to Fed. R. Civ. P. 72(b)(2), a party may respond to another party's objections within fourteen (14) days after being served with a copy of the objections.**